<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court<br>Western District of Louisiana</strong></td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kraemer-Shows Oilfield Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **20-4989331** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**118 Board Road**<br>**Lafayette, LA**<br>ZIPCODE **70508** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lafayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**118 Board Road, Lafayette, LA**  ZIPCODE **70508** | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Kraemer-Shows Oilfield Services, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)                       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue** <br> (Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kraemer-Shows Oilfield Services, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X */s/ William C. Vidrine*
   Signature of Attorney for Debtor(s)

**William C. Vidrine 21398**
**Vidrine & Vidrine**
**711 West Pinhook Road**
**Lafayette, LA  70503-2315**
**(337) 233-5195**
**williamv@vidrinelaw.com**

**February  3, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Eugene Kraemer*
   Signature of Authorized Individual

**Eugene Kraemer**
Printed Name of Authorized Individual

**Manager, Member**
Title of Authorized Individual

**February  3, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
   Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                                              Case No. _____

Kraemer-Shows Oilfield Services, LLC                               Chapter **11**
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Internal Revenu Service**<br>P.O. Box 87<br>Memphis, TN  38101 | | | | **423,283.32** |
| **Marcon, Inc.**<br>P.O. Box 1257<br>Broussard, LA  70518 | | | | **395,000.00** |
| **Hutchison Hayes Separation, Inc.**<br>Dept 3256<br>P O Box 1233256<br>Dallas, TX  75312 | **Charles G. Miller**<br>**Nexsen/Pruet**<br>**227  W. Trade St., Suite 1550**<br>**Charlotte, NC  28202** | | | **356,000.00** |
| **Louisiana Department of Revenue**<br>POB 201<br>Baton Rouge, LA  70821 | | | | **246,618.22** |
| **Power Up Rental LLC**<br>P O Box 1246<br>Youngsville, LA  70592 | | | | **235,242.67** |
| **Genesis Service, Inc.**<br>P O Box 1914<br>Crowley, LA  70527 | | | | **233,876.03** |
| **Kem-Tron Technologies, Inc.**<br>10050 Cash Road<br>Stafford, TX  77477 | | | | **233,861.31** |
| **Drill Cuttings Disposal Co LLC**<br>P O Box 370<br>Maurice, LA  70556 | **Joe Lemoine**<br>**1200 Camellia Boulevard, Suite 300**<br>**Lafayette, LA  70508** | | | **224,455.32** |
| **Scomi Oiltools, Inc.**<br>6818 N Sam Houston Pkwy.<br>West Houston, TX  77064 | | | | **185,680.94** |
| **Voorhies Supply Company Inc**<br>P O Box 4040130<br>Atlanta, GA  30384 | | | | **184,850.17** |
| **Washington Matters, LLC**<br>P.O. Box 1014<br>McLean, VA  22101 | | | | **150,314.00** |
| **Precisions Solids Control**<br>322 Spring Hill Drive Ste. A700<br>Spring, TX  77386 | **James Bayard**<br>**Onebane Law Firm**<br>**P.O. Box 3507**<br>**Lafayette, LA  70502-3507** | | | **149,661.06** |
| **Evangeline Oil Reality Company, Inc.**<br>P O Box 51849<br>Lafayette, LA  70505 | | | | **113,143.00** |
| **Gerald Trahan Welding Inc.**<br>2151 S. Richfield<br>Duson, LA  70529 | | | | **109,693.15** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **American Rental Equipment, LLC**<br>**1408 Northeast Evangeline Thwy**<br>**Lafayette, LA 70501** | | **89,448.95** |
| **Light Tower Rentals**<br>**2330 East 1-20 S Service Road**<br>**Odessa, TX 79766** | **Rick Browning**<br>**5050 E. University, Suite One**<br>**Odessa, TX 79762** | **85,668.76** |
| **Neco Trucking, Inc.**<br>**P.O. Box 279**<br>**Maurice, LA 70555** | **J. Isaac Funderburk**<br>**P.O.Drawer 1030**<br>**Abbeville, LA 70511-1030** | **83,612.50** |
| **Gulf Coast Bank**<br>**221 State St.**<br>**Abbeville, LA 70510** | | **626,090.99**<br>**Collateral:**<br>**900,000.00**<br>**Unsecured:**<br>**82,644.07** |
| **RPM Services & Rentals**<br>**110 Bourg Larose Hwy**<br>**Bourg, LA 70343** | | **70,003.24** |
| **A.I.P. Fabricators, Inc.**<br>**P O Box 627**<br>**Kaplan, LA 70548** | | **69,981.40** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 3, 2014**                  Signature:  */s/ Eugene Kraemer*

**Eugene Kraemer, Manager, Member**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Louisiana

**IN RE:**                                                                    Case No. _____

**Kraemer-Shows Oilfield Services, LLC** _____   Chapter **11** _____
                                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 2,824,798.83 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,214,262.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 669,901.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 4,082,410.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 29 | $ 2,824,798.83 | $ 5,966,574.23 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
  Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Gulf Coast Checkihg, Payroll #1055682** | | 428.00 |
| | | **Midsouth Bank, Operating account #1196545** | | 12,762.28 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Kraemer-Shows Oilfield Services, LLC</u>   Case No. _____

     Debtor(s)               (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Account receivables** | | **505,000.00** |
| | | **Evergreen Working Capital** | | **5,577.55** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Louisiana Public Service Permit** | | **175,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003  Chevrolet 2500** **VIN: 1GCHC23U03F229431** | | **13,906.00** |
| | | **2004 Chevrolet 1500 Silverado** **VIN:  1GCEK19TX4E156235** | | **5,000.00** |
| | | **2006 Cm Cargo Trailer** **VIN: 49TCB62061077805** | | **1,500.00** |
| | | **2011 CWCT Utility Trailer** **VIN: 46CFB1013AM013771** | | **1,200.00** |
| | | **2011 Ford F150** **VIN: 1FTFW1EF2BFD02322** | | **45,000.00** |
| | | **2011 Ford F150** **VIN: 1FTFW1EFX BFC84958** | | **40,000.00** |
| | | **2011 Ford F150** | | **40,000.00** |

IN RE **Kraemer-Shows Oilfield Services, LLC**          Case No. _____
_____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | VIN: 1FTFW1CT3BKD46605 | | |
| | | **2011 Ford F250**<br>VIN: 1FT7W2BXBEB22302 | | 27,000.00 |
| | | **2011 Ford F250**<br>VIN: 1FT7W2B62BEB07969 | | 30,000.00 |
| | | **2012 Chevrolet Silverado**<br>VIN 1GB3CZCLO6CF166317 | | 40,000.00 |
| | | **2013 Parker Gooseneck Trailer**<br>VIN: 13ZGF2928C1004268 | | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furniture** | | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **(12) Kemtron Shakers**<br>value of $20,000 each | | 240,000.00 |
| | | **(15) 3" air pumps**<br>$500 each | | 7,500.00 |
| | | **(16) 2 x 3 pumps**<br>$4000 each | | 64,000.00 |
| | | **(2) dual shaker tanks**<br>$10,000 each | | 20,000.00 |
| | | **(2) foamkits** | | 2,400.00 |
| | | **(2) Triton Shaker Bellys** | | 12,000.00 |
| | | **(2) Triton Shakers mounted on Trailer** | | 20,000.00 |
| | | **(20) cent stands**<br>$7500 each | | 150,000.00 |
| | | **(3) 2" air pumps** | | 1,500.00 |
| | | **(3) 40ft. cuttings tank**<br>$7,000.00 each | | 21,000.00 |
| | | **(3) flow meters**<br>$500 each | | 1,500.00 |
| | | **(3) retort kits** | | 6,000.00 |
| | | **(4) screen boxes**<br>$1,500.00 each | | 6,000.00 |
| | | **(5) H & H 5500 Centrifuge**<br>fair market value, $165,000 each | | 825,000.00 |
| | | **(6) fall block small** | | 600.00 |
| | | **(6) shaker tanks**<br>$5000 each | | 30,000.00 |
| | | **(7) Effluent Tanks**<br>$4,000.00 each | | 25,000.00 |
| | | **(7) mono pumps** | | 28,000.00 |
| | | **(7) Triton Shakers**<br>valued at $10,000 each | | 70,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (80) oilfield 8 x 12 mats | | 50,000.00 |
| | | (9) fall block large | | 1,800.00 |
| | | 1" air pump | | 500.00 |
| | | 12 ton press | | 150.00 |
| | | 2  shop computers | | 900.00 |
| | | 2 shop heaters | | 1,200.00 |
| | | 2 table vices | | 400.00 |
| | | 2 torch leads | | 200.00 |
| | | 4 Frac Tank Manifolds | | 30,000.00 |
| | | BAckhoe | | 15,000.00 |
| | | Deer Stands | | 6,500.00 |
| | | Dryer | | 84,500.00 |
| | | Evolution Circular Saw | | 200.00 |
| | | Gas Buster, not working, needs rebuild | | 3,500.00 |
| | | Hunting lease | | 31,000.00 |
| | | Linkens Welder | | 200.00 |
| | | miter saw | | 75.00 |
| | | Mixing tank | | 5,000.00 |
| | | Mobile Air compressor | | 4,000.00 |
| | | parts washer | | 100.00 |
| | | Plasma Cutter | | 200.00 |
| | | Pressure Washer | | 500.00 |
| | | Pressure washer | | 500.00 |
| | | Sharples 5000 Centrifuge | | 75,000.00 |
| | | Stationary Air Compressor | | 4,000.00 |
| | | tool box | | 1,500.00 |
| | | Triton Shaker Mud Cleaner | | 10,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,824,798.83** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **Kraemer-Shows Oilfield Services, LLC**     Case No. _____

<div align="center">Debtor(s)              (If known)</div>

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *

(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC**        Case No. _____

<div align="center">Debtor(s)                      (If known)</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11034315574521**<br>**Chase Auto Finance**<br>**P.O. Box 182223**<br>**Columbus, OH 43218-2223** | | | **Chevrolet Pickup,VIN: 4418**<br>**Totaled sitting in yard, plate turned in**<br><br>VALUE $ | | | | 2,685.24 | 2,685.24 |
| ACCOUNT NO. **46073344**<br>**Ford Motor Credit**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** | | | **2011 Ford F150, VIN: 6605**<br>**Driven by Derrell Duhon**<br>**Montly note $885.63**<br><br>VALUE $ **40,000.00** | X | | | 46,551.00 | 6,551.00 |
| ACCOUNT NO. **840.73**<br>**Ford Motor Credit Company**<br>**One American Rd.**<br>**Dearborn, MI 48126** | | | **2011 Ford F250, VIN: 7969**<br>**Used in Shop by various employees**<br>**Mothly note of $840.73**<br><br>VALUE $ **30,000.00** | | | | 37,500.00 | 7,500.00 |
| ACCOUNT NO. **14017**<br>**Gulf Coast Bank**<br>**221 State St.**<br>**Abbeville, LA 70510** | | | **Secured by receivables and inventory**<br><br>VALUE $ **1,751,425.00** | | | | 356,553.08 | |

____**1**____ continuation sheets attached

Subtotal<br>(Total of this page)    $ **443,289.32**    $ **16,736.24**

Total<br>(Use only on last page)    $      $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____

<center>Debtor(s)</center> <center>(If known)</center>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13988** <br><br>**Gulf Coast Bank** <br>**221 State St.** <br>**Abbeville, LA  70510** | | | **Secured by Centrifuge** <br><br><br>VALUE $ **900,000.00** | | | | **626,090.99** | **82,644.07** |
| ACCOUNT NO. <br><br>**Td Auto Finance** <br>**P O Box 9001921** <br>**Louisville, KY  40290-1921** | | | **2011 Ford F-150** <br>**Driven by Mike Shows** <br>**$1,073.80 per month** <br><br>VALUE $ **72,000.00** | | | | **56,637.00** | |
| ACCOUNT NO. <br><br>**Td Auto Finance** <br>**P O Box 9001921** <br>**Louisville, KY  40290-1921** | | | **2011 Ford F150, VIN: 4958** <br>**Driven by Gene Kraemer** <br>**Monthly note of $942.94** <br><br>VALUE $ **40,000.00** | | | | **47,490.00** | **7,490.00** |
| ACCOUNT NO. <br><br>**Td Auto Finance** <br>**P O Box 9001921** <br>**Louisville, KY  40290-1921** | | | **2012 Chevrolet Silverado, VIN: 6317** <br>**Shop truck for employees** <br>**$724.43 per month** <br><br>VALUE $ **40,000.00** | | | | **40,755.00** | **755.00** |
| ACCOUNT NO. <br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | $ **770,972.99** | $ **90,889.07** |
| Total <br>(Use only on last page) | $ **1,214,262.31** | $ **107,625.31** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
                                  Debtor(s)                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Kraemer-Shows Oilfield Services, LLC__     Case No. _____

              Debtor(s)                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Internal Revenu Service**<br>**P.O. Box 87**<br>**Memphis, TN  38101** | | | | | | | 423,283.32 | 423,283.32 | |
| ACCOUNT NO. <br><br>**Louisiana Department of Revenue**<br>**POB 201**<br>**Baton Rouge, LA  70821** | | | | | | | 246,618.22 | 246,618.22 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims    Subtotal (Totals of this page)    $ **669,901.54**   $ **669,901.54**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **669,901.54**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **669,901.54**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**4-M Rentals And Repair, Inc.**<br>**P O Box 523**<br>**Scott, LA 70583** | | | | | | | 105.00 |
| ACCOUNT NO.<br>**A.I.P. Fabricators, Inc.**<br>**P O Box 627**<br>**Kaplan, LA 70548** | | | | | | | 69,981.40 |
| ACCOUNT NO.<br>**Accutest**<br>**500 Ambassador Caffery Pkwy**<br>**Scott, LA 70583** | | | | | | | 264.00 |
| ACCOUNT NO.<br>**ACME Trucking Line Inc**<br>**MSC-410683**<br>**P O Box 41500**<br>**Nashville, TN 37241** | | | | | | | 38,325.96 |

**16** continuation sheets attached

Subtotal (Total of this page) $ **108,676.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
                          Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aggreko, LLC** <br> **P O Box 972562** <br> **Dallas, TX  75397** | | | | | | | 18,066.68 |
| ACCOUNT NO. <br> **Albert Cromp** <br> **88 Fort Adams Main Street Loop** <br> **Woodville, MS  39669** | | | | | | | 1,200.00 |
| ACCOUNT NO. <br> **ALLENDORPH SPECIALITIES, INC** <br> **201 Stanton Street** <br> **Broussard, LA  70518** | | | | | | | 12,773.78 |
| ACCOUNT NO. <br> **American Express** <br> **POB 650448** <br> **Dallas, TX  75204** | | | | | | | 58,111.20 |
| ACCOUNT NO. <br> **American Rental Equipment, LLC** <br> **1408 Northeast Evangeline Thwy** <br> **Lafayette, LA  70501** | | | | | | | 89,448.95 |
| ACCOUNT NO. <br> **Anderson & Dozier** <br> **2010 West Pinhook Road** <br> **Lafayette, LA  70508** | | | | | | | 2,869.38 |
| ACCOUNT NO. <br> **ArcAngel** <br> **4706 N. Midkiff #22 PMB 272** <br> **Midland, TX  79705** | | | | | | | 15,968.00 |

Sheet no. _____**1**____ of _____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **198,437.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC**     Case No. _____

                     Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **AT&T U-Verse PO Box 5014 Carol Stream, IL  60197-5014** | | | | | | | **10.46** |
| ACCOUNT NO. **Atkison Wleding Service P O Box 937 Carrizo Spings, TX  78834** | | | | | | | **4,473.00** |
| ACCOUNT NO. **B&H Farm Supply P O Box 665 Woodville, MS  39669** | | | | | | | **723.00** |
| ACCOUNT NO. **B&J Corporation P O Box 967 Lake Arthur, LA  70549** | | | | | | | **40,326.10** |
| ACCOUNT NO. **Barry J. Heinen Attorney At Law 1502 West University Avenue Lafayette, LA  70506** | | | | | | | **3,060.00** |
| ACCOUNT NO. **Belt Store 2109 Jefferson Street Lafayette, LA  70501** | | | | | | | **2,472.31** |
| ACCOUNT NO. **Big Shot Promotions, LLC P O Box 52632 Lafayette, LA  70506** | | | | | | | **1,097.56** |

Sheet no. _____ **2** of _____ **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
               (Total of this page) $ **52,162.43**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
  Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blair Michel**<br>**P O Box 857**<br>**Youngsville, LA 70592** | | | | | | | 4,725.00 |
| ACCOUNT NO.<br>**Blue Cross Blue Shield**<br>**PO Box 261798**<br>**Baton Rouge, LA 70809** | | | | | | | 18,311.55 |
| ACCOUNT NO.<br>**Brammer Machine Shop, Inc.**<br>**P O Box 1545**<br>**Crowley, LA 70527** | | | | | | | 1,602.44 |
| ACCOUNT NO.<br>**C & D Welding & Oilfield Service, LLC**<br>**P O Box 1012**<br>**Cureo, TX 77954** | | | | | | | 5,937.50 |
| ACCOUNT NO.<br>**Citgo**<br>**P O Box 70995**<br>**Charlotte, NC 28272** | | | | | | | 1,825.86 |
| ACCOUNT NO.<br>**CLM Equipment**<br>**P O Box 1830**<br>**Covington, LA 70434** | | | | | | | 24,649.10 |
| ACCOUNT NO.<br>**Cne-Tex Centrifuge Rentals**<br>**16505 1-45 South**<br>**Willis, TX 77318** | | | | | | | 6,299.48 |

Sheet no. _____**3**___ of _____**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **63,350.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____

Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Coffee** <br> P O Box 60141 <br> New Orleans, LA 70160 | | | | | | | 81.97 |
| ACCOUNT NO. <br> **Continental Wire Cloth** <br> 11240 S. James Ave <br> Jenks, OK 74037 | | | | | | | 28,661.40 |
| ACCOUNT NO. <br> **Copy & Camera Technologies** <br> P O Box 2067 <br> Lafayette, LA 78219 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **D.I.T. Rentals, LLC** <br> P O Box 1574 <br> Kingsville, TX 78364 | | | | | | | 47,705.25 |
| ACCOUNT NO. <br> **DEEP SOUTH RENTALS** <br> 15847 Pin Oak Drive <br> Conroe, TX 77384 | | | | | | | 16,174.77 |
| ACCOUNT NO. <br> **Desoto Parish Police Jury** <br> 2712 Hwy 84 East <br> Mansfield, LA 71052 | | | | | | | 66.20 |
| ACCOUNT NO. <br> **DirectTV** <br> P.O. Box 60036 <br> Los Angeles, CA 90060 | | | | | | | 324.73 |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 93,014.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
                                 Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Drill Cuttings Disposal Co LLC** **P O Box 370** **Maurice, LA 70556** | | | | | | | **224,455.32** |
| ACCOUNT NO. **Joe Lemoine** **1200 Camellia Boulevard, Suite 300** **Lafayette, LA 70508** | | | **Assignee or other notification for:** **Drill Cuttings Disposal Co LLC** | | | | |
| ACCOUNT NO. **Dupre Logistic LLC** **Dept AT 952567** **Atlanta, GA 31192** | | | | | | | **2,103.49** |
| ACCOUNT NO. **Christopher Hebert** **701 Robley Drive, Suite 210** **Lafayette, LA 70503** | | | **Assignee or other notification for:** **Dupre Logistic LLC** | | | | |
| ACCOUNT NO. **Environmental Drilling Solutions, LLC** **P O Box 51438** **Lafayette, LA 70505** | | | | | | | **69,690.00** |
| ACCOUNT NO. **EPS Cargo Handlers Company, Inc.** **118 Board Road** **Lafayette, LA 70508** | | | | | | | **380.00** |
| ACCOUNT NO. **Equipment Rentals & Service, LLC** **P O Box 53903** **Lafayette, LA 70505** | | | | | | | **7,872.84** |

Sheet no. _____**5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **304,501.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Evangeline Oil Reality Company, Inc.** P O Box 51849 Lafayette, LA 70505 | | | | | | | 113,143.00 |
| ACCOUNT NO. | | | | | | | |
| **FCC Environmental** P O Box 674156 Dallas, TX 75267 | | | | | | | 743.17 |
| ACCOUNT NO. | | | | | | | |
| **Federal Express** P O Box 660481 Dallas, TX 75266 | | | | | | | 101.65 |
| ACCOUNT NO. | | | | | | | |
| **First Alert Sling Testing LLC** 118 Row Three Lafayette, LA 70508 | | | | | | | 6,020.00 |
| ACCOUNT NO. | | | | | | | |
| **Frac-N-Vac** P O Box 10065 El Dorado, AR 71730 | | | | | | | 49,082.76 |
| ACCOUNT NO. | | | | | | | |
| **Gator Equipment** 8416 Hwy 90 E Broussard, LA 70518 | | | | | | | 4,546.50 |
| ACCOUNT NO. | | | | | | | |
| **Genesis Service, Inc.** P O Box 1914 Crowley, LA 70527 | | | | | | | 233,876.03 |

Sheet no. ____**6**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **407,513.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC**      Case No. _____

           Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gerald Trahan Welding Inc.** <br> **2151 S. Richfield** <br> **Duson, LA  70529** | | | | | | | **109,693.15** |
| ACCOUNT NO. <br> **Gibson Gruenert PLLC** <br> **P O Box 3663** <br> **Lafayette, LA  70502** | | | | | | | **5,144.50** |
| ACCOUNT NO. <br> **GreySun Rental Services** <br> **28975 FM 2978 Road Ste C** <br> **Magnolia, TX  77354** | | | | | | | **11,245.23** |
| ACCOUNT NO. <br> **Gulf Coast Bank** <br> **221 State St.** <br> **Abbeville, LA  70510** | | | | | | | **22,843.00** |
| ACCOUNT NO. <br> **Gulf Coast Bank** <br> **221 State St.** <br> **Abbeville, LA  70510** | | | | | | | **18,083.49** |
| ACCOUNT NO. <br> **Gulotta's Inc.** <br> **PO Box 9808** <br> **New Iberia, LA  70560** | | | | | | | **1,010.95** |
| ACCOUNT NO. <br> **Hartford Life Insurance Company** <br> **P O Box 64582** <br> **St Paul, MN  55164** | | | | | | | **9,216.10** |

Sheet no. _____**7**_____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal
                            (Total of this page)  $ **177,236.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Kraemer-Shows Oilfield Services, LLC**       Case No. _____

              Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hartiens & Faulk LLP** <br> **P O Box 53984** <br> **Lafayette, LA 70505** | | | | | | | 9,826.87 |
| ACCOUNT NO. <br> **Hazel Wilson** <br> **5914 Hidden Boulder Street** <br> **San Antonio, TX 78250** | | | | | | | 125.00 |
| ACCOUNT NO. <br> **Heckmann Water Resources (CVR) INC** <br> **P O Box 123091** <br> **Dallas, TX 75312** | | | | | | | 20,000.00 |
| ACCOUNT NO. <br> **Hutchison Hayes Separation, Inc.** <br> **Dept 3256** <br> **P O Box 1233256** <br> **Dallas, TX 75312** | | | | | | | 356,000.00 |
| ACCOUNT NO. <br> **Charles G. Miller** <br> **Nexsen/Pruet** <br> **227 W. Trade St., Suite 1550** <br> **Charlotte, NC 28202** | | | **Assignee or other notification for:** <br> **Hutchison Hayes Separation, Inc.** | | | | |
| ACCOUNT NO. <br> **IPFS Corporation** <br> **P O Box 200455** <br> **Dallas, TX 75320** | | | | | | | 13,588.04 |
| ACCOUNT NO. <br> **J. F. Ralston Co., Inc.** <br> **P O Box 25** <br> **Carrizo Springs, TX 78834** | | | | | | | 2,140.70 |

Sheet no. _____**8**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
        (Total of this page)   $ **401,680.61**

                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____ Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Juan Madrigal Welding<br>P O Box 3271<br>Alice, TX 78333 | | | | | | | 12,202.06 |
| ACCOUNT NO. | | | | | | | |
| Kem-Tron Technologies, Inc.<br>10050 Cash Road<br>Stafford, TX 77477 | | | | | | | 233,861.31 |
| ACCOUNT NO. | | | | | | | |
| KSW Oilfield Rental, LP<br>P O Box 731972<br>Dallas, TX 75373 | | | | | | | 46,293.05 |
| ACCOUNT NO. | | | | | | | |
| Lafayette Utilities System<br>P O Box 4024<br>Lafayette, LA 70502 | | | | | | | 387.07 |
| ACCOUNT NO. | | | | | | | |
| Light Tower Rentals<br>2330 East I-20 S Service Road<br>Odessa, TX 79766 | | | | | | | 85,668.76 |
| ACCOUNT NO. | | | Assignee or other notification for:<br>Light Tower Rentals | | | | |
| Rick Browning<br>5050 E. University, Suite One<br>Odessa, TX 79762 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| Luera's Welding Service, Inc.<br>P O Box 4108<br>Alice, TX 78333 | | | | | | | 1,432.50 |

Sheet no. ___**9**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **379,844.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC**     Case No. _____

Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ius FIBER** <br> **P O BOX 4030-c** <br> **Lafayette, LA 70502** | | | | | | | 393.60 |
| ACCOUNT NO. <br> **LWCC** <br> **P.O. Box 61005** <br> **New Orleans, LA 70161-1005** | | | | | | | 2,510.00 |
| ACCOUNT NO. <br> **M&G Oilfield Services, LLC** <br> **P.O. Box 52623** <br> **Lafayette, LA 70505** | | | | | | | 14,500.00 |
| ACCOUNT NO. <br> **Mako Unlimited LLC** <br> **222 VIncent Road** <br> **Lafayette, LA 70508** | | | | | | | 4,825.31 |
| ACCOUNT NO. <br> **Mallard Oilfield Rentals, LLC** <br> **P.O. Box 617** <br> **Broussard, LA 70518** | | | | | | | 4,215.70 |
| ACCOUNT NO. <br> **Marcon, Inc.** <br> **P.O. Box 1257** <br> **Broussard, LA 70518** | | | | | | | 395,000.00 |
| ACCOUNT NO. <br> **MCMAHAN Welding Service, Ltd.** <br> **269 US Hwy. 183** <br> **South Cuero, TX 77954** | | | | | | | 6,534.30 |

Sheet no. _____**10**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **427,978.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

**IN RE** Kraemer-Shows Oilfield Services, LLC _____  Case No. _____
<div align="center">Debtor(s)                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Melain Wiltz**<br>**114 Browniee Ave**<br>**Broussard, LA  70518** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**Mercury Rents, Inc.**<br>**P.O. Box 63066**<br>**Lafayette, LA  70596** | | | | | | | 22,212.50 |
| ACCOUNT NO.<br>**Michael Ford**<br>**110 W Roosevelt Street**<br>**Broussard, LA  70518** | | | | | | | 1,072.00 |
| ACCOUNT NO.<br>**Midsouth Bank**<br>**102 Versailles Blvd**<br>**Lafayette, LA** | | | | | | | 30,282.49 |
| ACCOUNT NO.<br>**My Vac, LLC**<br>**P.O. Box 729**<br>**Jennings, LA  70546** | | | | | | | 18,303.25 |
| ACCOUNT NO.<br>**D. Keith Wall**<br>**302 East Nezpique St.**<br>**Jennings, LA  70546** | | | **Assignee or other notification for:**<br>**My Vac, LLC** | | | | |
| ACCOUNT NO.<br>**National Pump & Compressor**<br>**P.O. Box 21160**<br>**Beaumont, TX  77720** | | | | | | | 2,897.37 |

Sheet no. ____**11**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)   $ 75,017.61</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
          Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Neco Trucking, Inc.**<br>**P.O. Box 279**<br>**Maurice, LA 70555** | | | | | | | 83,612.50 |
| ACCOUNT NO.<br>**J. Isaac Funderburk**<br>**P.O.Drawer 1030**<br>**Abbeville, LA 70511-1030** | | | **Assignee or other notification for:**<br>**Neco Trucking, Inc.** | | | | |
| ACCOUNT NO.<br>**Neff Rental**<br>**P O Box 405138**<br>**Atlanta, GA 30384** | | | | | | | 9,262.89 |
| ACCOUNT NO.<br>**Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | | | | | | 4,773.00 |
| ACCOUNT NO.<br>**Offshore Cleaning Systems LLC**<br>**C/O Mike Hutchinson**<br>**9525 HWY 167**<br>**Abbeville, LA 70510** | | | | | | | 23,695.90 |
| ACCOUNT NO.<br>**Oildex-TransZap, Inc.**<br>**P.O. Box 44428**<br>**Denver, CO 80201** | | | | | | | 203.29 |
| ACCOUNT NO.<br>**Pamela Desadier**<br>**440 Byrd Lee Road**<br>**Castor, LA 71016** | | | | | | | 170.00 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **121,717.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Power Up Rental LLC** <br> **P O Box 1246** <br> **Youngsville, LA 70592** | | | | | | | 235,242.67 |
| ACCOUNT NO. <br> **Precisions Solids Control** <br> **322 Spring Hill Drive Ste. A700** <br> **Spring, TX 77386** | | | | | | | 149,661.06 |
| ACCOUNT NO. <br> **James Bayard** <br> **Onebane Law Firm** <br> **P.O. Box 3507** <br> **Lafayette, LA 70502-3507** | | | Assignee or other notification for: <br> Precisions Solids Control | | | | |
| ACCOUNT NO. <br> **Pumps & Controls, LLC** <br> **P.O. Box 891** <br> **Breaux Bridge, LA 70517** | | | | | | | 493.15 |
| ACCOUNT NO. <br> **R&J Techincal Services** <br> **P.O. Box 1345** <br> **Evanston, WY 82931** | | | | | | | 2,864.70 |
| ACCOUNT NO. <br> **Raptor Group, Inc.** <br> **20810 Sleepy Hollow Lane** <br> **Spring, TX 77388** | | | | | | | 981.85 |
| ACCOUNT NO. <br> **Red River Parish Tax Agency** <br> **P.O. Box 570** <br> **Coushatta, LA 71019-0570** | | | | | | | 1,587.94 |

Sheet no. **13** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **390,831.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rexel**<br>P.O Box 844519<br>Dallas, TX  75284-4519 | | | | | | | 46,260.00 |
| ACCOUNT NO.<br>**RPM Services & Rentals**<br>110 Bourg Larose Hwy<br>Bourg, LA  70343 | | | | | | | 70,003.24 |
| ACCOUNT NO.<br>**Sam Broussard Trucking Co.**<br>P.O. Box 11507<br>New Iberia, LA  70562-1507 | | | | | | | 26,990.41 |
| ACCOUNT NO.<br>**Scomi Oiltools, Inc.**<br>6818 N Sam Houston Pkwy.<br>West Houston, TX  77064 | | | | | | | 185,680.94 |
| ACCOUNT NO.<br>**Screen Logix, LLC**<br>DEPT. 576<br>P.O. Box 4346<br>Houston, TX  77210-4346 | | | | | | | 23,317.15 |
| ACCOUNT NO.<br>**Shannon Hardware**<br>P O Box 631<br>Morgan City, LA  70381 | | | | | | | 44,130.23 |
| ACCOUNT NO.<br>**Siemens Energy, Inc.**<br>P.O. Box 1210057<br>Dallas, TX  75312-1057 | | | | | | | 59,125.00 |

Sheet no. ____**14**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **455,506.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

<div style="writing-mode: vertical-lr">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**IN RE** Kraemer-Shows Oilfield Services, LLC      Case No. _____
                   Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Southern Specialties Transportation, LLC** <br> **Gulf Coast Bank & Trust** <br> **P.O. Box 203644** <br> **Houston, TX 77216-2300** | | | | | | | 8,840.00 |
| ACCOUNT NO. <br> **Southern Technical Control** <br> **P.O. Box 18792** <br> **Corpus Christi, TX 78480** | | | | | | | 5,912.31 |
| ACCOUNT NO. <br> **Stewart & Stevenson** <br> **P.O. Box 301063** <br> **Dallas, TX 75303-1063** | | | | | | | 55,290.40 |
| ACCOUNT NO. <br> **Triton Network Technology, INc.** <br> **103 Exchange Place, Ste. 205** <br> **Lafayette, LA 70503** | | | | | | | 315.00 |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **P O Box 660108** <br> **Dallas, TX 75266** | | | | | | | 75.49 |
| ACCOUNT NO. <br> **Volvo CE Rents, INc.** <br> **P.O. Box 2656** <br> **West Monroe, LA 71294** | | | | | | | 19,342.00 |
| ACCOUNT NO. <br> **Voorhies Supply Company Inc** <br> **P O Box 4040130** <br> **Atlanta, GA 30384** | | | | | | | 184,850.17 |

Sheet no. _____**15**_____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
(Total of this page)   $   **274,625.37**

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC                    Case No. _____
　　　　　　　　　　　　Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Washington Matters, LLC**<br>**P.O. Box 1014**<br>**McLean, VA  22101** | | | | | | | **150,314.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**16**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **150,314.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $  **4,082,410.38**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kraemer-Shows Oilfield Services, LLC _____   Case No. _____
_____
Debtor(s)                                                                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **L Viz Felippe**<br>**335 W. Martial**<br>**Lafayette, LA  70508**<br><br>**StocksBerry's**<br>**P.O. Box 60304**<br>**Lafatyette, LA  70596** | **Office located 118 Board Road, Lafayette, La 70508**<br>**Lease rate is $5000 per month.**<br><br>**Warehouse and yard located 106  Wall St., Lafayette, LA**<br>**Monthly Rental is $2,394.90 per month** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kraemer-Shows Oilfield Services, LLC** _____  Case No. _____
                                          Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Kraemer-Shows Oilfield Services, LLC** _____  Case No. _____
<div align="center">Debtor(s)</div>          (If known)

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
<div align="right">Debtor</div>

Date: _____     Signature: _____
<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

<div align="center">

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the **Manager, Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Kraemer-Shows Oilfield Services, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  3, 2014** _____     Signature: **_/s/ Eugene Kraemer_** _____

<div align="center">

**Eugene Kraemer** _____

<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

</div>

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                                      Case No. _____

**Kraemer-Shows Oilfield Services, LLC** _____   Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT   SOURCE
   **9,446,437.00**   **2012 gross income**
   **6,069,599.10**   **2013**

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None

*b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express** | 10/25/2013 | 14,530.00 | 58,111.20 |
| **Wayne Fontenot** | 11/01/2013 | 32,717.50 | 0.00 |
| **American Rental Equipment, LLC**<br>**1408 Northeast Evangeline Thwy**<br>**Lafayette, LA 70501-0000** | 11/06/2013 | 9,721.08 | 89,448.95 |
| **Washington Matters, LLC**<br>**P.O. Box 1014**<br>**McLean, VA 22101-0000** | 11/08/2013 | 11,451.00 | 150,314.00 |
| **Stewart & Stevenson**<br>**11204 County Rd. #127 W**<br>**Odessa, TX 78765** | 11/08/2013 | 11,917.40 | 55,290.00 |
| **Cen-Tex Centrifuge Rentals** | 11/08/2013 | 9,201.25 | 6,299.48 |
| **GreySun Rental Services**<br>**28975 FM 2978 Road Ste C**<br>**Magnolia, TX 77354-0000** | 11/11/2013 | 9,031.25 | 11,245.23 |
| **Gulf Coast Bank**<br>**P O Box 490**<br>**Abbeville, LA 70511** | 11/21/2013 | 22,843.00 | 356,553.00 |
| **Wayne Fontenot** | 11/25/2013 | 24,500.00 | 0.00 |
| **American Express**<br>**POB 650448**<br>**Dallas, TX 75204** | 1/26/2013 | 14,530.00 | 58,111.20 |
| **American Rental Equipment, LLC**<br>**1408 Northeast Evangeline Thwy**<br>**Lafayette, LA 70501-0000** | 12/20/2013 | 9,721.08 | 89,448.95 |
| **Gulf Coast Bank**<br>**P O Box 490**<br>**Abbeville, LA 70511** | 12/24/2013 | 22,843.00 | 356,553.08 |
| **American Express**<br>**POB 650448**<br>**Dallas, TX 75204** | 12/26/2013 | 14,530.00 | 58,111.20 |
| **Shannon Hardware**<br>**POB 460**<br>**Broussard,, LA 70518** | 01/10/2014 | 7,284.62 | 44,130.23 |
| **American Rental Equipment, LLC**<br>**1408 Northeast Evangeline Thwy**<br>**Lafayette, LA 70501-0000** | 01/10/2014 | 9,721.08 | 89,448.95 |
| **Stewart & Stevenson**<br>**11204 County Rd. #127 W**<br>**Odessa, TX 78765** | 01/10/2014 | 23,873.24 | 55,290.40 |
| **Voorhies Supply Company Inc**<br>**P O Box 4040130**<br>**Atlanta, GA 30384** | 01/13/2014 | 12,985.52 | 184,850.17 |
| **Gulf Coast Bank**<br>**P O Box 490**<br>**Abbeville, LA 70511** | 01/23/2014 | 9,440.00 | 356,553.08 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **My Vac, LLC vs. Kraemer-Shows Oilfield Services, LLC 792-13** | Pet. on open account | **31st. JDC, Jefferson Parish, Louisiana** | |
| **Hutchinson Hayes Separation, Inc. vs. Kraemer Shows Oilfield Services, LLC et al 2013-63249/Court 51** | **Petition on open account/Contract** | **Harris County, Texas** | |
| **Light Tower Rentals, Inc. vs. Kraemer Shows Oilfield Services, LLC A-136,335** | **Petition on account** | **Ector Count, Texas** | |
| **Precision Solids Control, Inc. vs. Kraemer Shows Oilfield Services, LLC C-20132496-D** | **Petition on Open Account** | **Parish of Lafayette, Louisiana** | |
| **Neco Trucking, Inc. vs. Kraimer Shows Oilfield Services, LLC C-97353** | **Petition on open account** | **Parish of Vermilion, Louisiana** | |
| **Dupre Logistics, LLC vs. Kraemer Shows Companies, et al 2013CV02631** | **Petition on open account** | **Lafayette Parish, Louisiana** | |
| **Drill Cuttings Disposal Co, LLC vs. Kramer Shows Docket C-20135684** | **Suit on open account** | **15JDC, Lafayette Parish** | **Judgment obtained** |

☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Vidrine & Vidrine**<br>**711 W. Pinhook Road**<br>**Lafayette, LA 70503-0000** | **12/31/13** | **10,000.00** |
| **Vidrine & Vidrine**<br>**711 W. Pinhook Road**<br>**Lafayette, LA 70503-0000** | **02/03/2014** | **5,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | **Checking, #30206** | **Closed Jan 9, 2013. Blance $400** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                       DATES SERVICES RENDERED
**Chris Rainey & Associates**
**P.O. Box 81307**
**Lafayette, LA 70599-8130**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.
☑

None
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.
☑

None
d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.
☑

## 20. Inventories

None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.
☑

None
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

## 21. Current Partners, Officers, Directors and Shareholders

None
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Eugene Kramer** **118 Board Rd.** **Lafayette, LA  70508-0000** | **Manager/Member** | **35.000000** |
| **Michael D. Shows** **118 Board Road** **Lafayette, LA  70508-0000** | **Member/officer** | **35.000000** |
| **Stanley Peach** **118 Board Rd.** **Lafayette, LA  70508-0000** | **officer** | **30.000000** |

None
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.
☑

## 22. Former partners, officers, directors and shareholders

None
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.
☑

None
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.
☑

## 23. Withdrawals from a partnership or distributions by a corporation

None
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.
☑

## 24. Tax Consolidation Group

None
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.
☑

## 25. Pension Funds.

None
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.
☑

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  3, 2014**                Signature: ***/s/ Eugene Kraemer***

**Eugene Kraemer, Manager, Member**
<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

**IN RE:**                                                         Case No. _____

**Kraemer-Shows Oilfield Services, LLC** _____    Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **300.00/hr**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      **/s/ William C. Vidrine** _____

       **February  3, 2014**
                Date                            **William C. Vidrine 21398**
                                                     **Vidrine & Vidrine**
                                                     **711 West Pinhook Road**
                                                     **Lafayette, LA  70503-2315**
                                                     **(337) 233-5195**
                                                     **williamv@vidrinelaw.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

     Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

     <u>**Chapter 13**</u>**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

     Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

     Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

     After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

     <u>**Chapter 11**</u>**: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)**

     Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

     <u>**Chapter 12**</u>**: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Louisiana**

IN RE:                                                        Case No. _____

Kraemer-Shows Oilfield Services, LLC _____  Chapter **11** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 3, 2014** _____  Signature: */s/ Eugene Kraemer* _____
                                             **Eugene Kraemer, Manager, Member**                    Debtor

Date: _____  Signature: _____
                                                                                Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

4-M Rentals And Repair, Inc.
P O Box 523
Scott, LA  70583


A.I.P. Fabricators, Inc.
P O Box 627
Kaplan, LA  70548


Accutest
500 Anbassador Caffery Pkwy
Scott, LA  70583


ACME Trucking Line Inc
MSC-410683
P O Box 41500
Nashville, TN  37241


Aggreko, LLC
P O Box 972562
Dallas, TX  75397


Albert Cromp
88 Fort Adams Main Street Loop
Woodville, MS  39669


ALLENDORPH SPECIALITIES, INC
201 Stanton Street
Broussard, LA  70518


American Express
POB 650448
Dallas, TX  75204


American Rental Equipment, LLC
1408 Northeast Evangeline Thwy
Lafayette, LA  70501

Anderson & Dozier
2010 West Pinhook Road
Lafayette, LA  70508


ArcAngel
4706 N. Midkiff #22 PMB 272
Midland, TX  79705


AT&T U-Verse
PO Box 5014
Carol Stream, IL  60197-5014


Atkison Wleding Service
P O Box 937
Carrizo Spings, TX  78834


B&H Farm Supply
P O Box 665
Woodville, MS  39669


B&J Corporation
P O Box 967
Lake Arthur, LA  70549


Barry J. Heinen
Attorney At Law
1502 West University Avenue
Lafayette, LA  70506


Belt Store
2109 Jefferson Street
Lafayette, LA  70501


Big Shot Promotions, LLC
P O Box 52632
Lafayette, LA  70506

Blair Michel
P O Box 857
Youngsville, LA  70592


Blue Cross Blue Shield
PO Box 261798
Baton Rouge, LA  70809


Bossier City Parish
P O Box 71313
Bossier City, LA  71171


Brammer Machine Shop, Inc.
P O Box 1545
Crowley, LA  70527


C & D Welding & Oilfield Service, LLC
P O Box 1012
Cureo, TX  77954


Charles G. Miller
Nexsen/Pruet
227  W. Trade St., Suite 1550
Charlotte, NC  28202


Chase Auto Finance
P.O. Box 182223
Columbus, OH  43218-2223


Christopher Hebert
701 Robley Drive, Suite 210
Lafayette, LA  70503


Citgo
P O Box 70995
Charlotte, NC  28272

CLM Equipment
P O Box 1830
Covington, LA  70434


Cne-Tex Centrifuge Rentals
16505 1-45 South
Willis, TX  77318


Cobra Professionals, Inc.
6421 Perkins Road Bldg A Ste 2A
Baton Rouge, LA  70808


Community Coffee
P O Box 60141
New Orleans, LA  70160


Continental Wire Cloth
11240 S. James Ave
Jenks, OK  74037


Copy & Camera Technologies
P O Box 2067
Lafayette, LA  78219


D. Keith Wall
302 East Nezpique St.
Jennings, LA  70546


D.I.T. Rentals, LLC
P O Box 1574
Kingsville, TX  78364


DEEP SOUTH RENTALS
15847 Pin Oak Drive
Conroe, TX  77384

Desoto Parish Police Jury
2712 Hwy 84 East
Mansfield, LA   71052


DirectTV
P.O. Box 60036
Los Angeles, CA   90060


Drill Cuttings Disposal Co LLC
P O Box 370
Maurice, LA   70556


Dupre Logistic LLC
Dept AT 952567
Atlanta, GA   31192


Environmental Drilling Solutions, LLC
P O Box 51438
Lafayette, LA   70505


EPS Cargo Handlers Company, Inc.
118 Board Road
Lafayette, LA   70508


Equipment Rentals & Service, LLC
P O Box 53903
Lafayette, LA   70505


Evangeline Oil Reality Company, Inc.
P O Box 51849
Lafayette, LA   70505


FCC Environmental
P O Box 674156
Dallas, TX   75267

Federal Express
P O Box 660481
Dallas, TX  75266


First Alert Sling Testing LLC
118 Row Three
Lafayette, LA  70508


Ford Motor Credit
P.O. Box 650575
Dallas, TX  75265


Ford Motor Credit Company
One American Rd.
Dearborn, MI  48126


Frac-N-Vac
P O Box 10065
El Dorado, AR  71730


Gator Equipment
8416 Hwy 90 E
Broussard, LA  70518


Genesis Service, Inc.
P O Box 1914
Crowley, LA  70527


Gerald Trahan Welding Inc.
2151 S. Richfield
Duson, LA  70529


Gibson Gruenert PLLC
P O Box 3663
Lafayette, LA  70502

GreySun Rental Services
28975 FM 2978 Road Ste C
Magnolia, TX   77354


Gulf Coast Bank
221 State St.
Abbeville, LA   70510


Gulotta's Inc.
PO Box 9808
New Iberia, LA   70560


Hartford Life Insurance Company
P O Box 64582
St Paul, MN   55164


Hartiens & Faulk LLP
P O Box 53984
Lafayette, LA   70505


Hazel Wilson
5914 Hidden Boulder Street
San Antonio, TX   78250


Heckmann Water Resources (CVR) INC
P O Box 123091
Dallas, TX   75312


Hutchison Hayes Separation, Inc.
Dept 3256
P O Box 1233256
Dallas, TX   75312


Internal Revenu Service
P.O. Box 87
Memphis, TN   38101

IPFS Corporation
P O Box 200455
Dallas, TX  75320


Ivey Lumber
900 Polk Street
Mansfield, LA  71052


J. F. Ralston Co., Inc.
P O Box 25
Carrizo Springs, TX  78834


J. Isaac Funderburk
P.O.Drawer 1030
Abbeville, LA  70511-1030


James Bayard
Onebane Law Firm
P.O. Box 3507
Lafayette, LA  70502-3507


Joe Lemoine
1200 Camellia Boulevard, Suite 300
Lafayette, LA  70508


Juan Madrigal Welding
P O Box 3271
Alice, TX  78333


Kem-Tron Technologies, Inc.
10050 Cash Road
Stafford, TX  77477


KSW Oilfield Rental, LP
P O Box 731972
Dallas, TX  75373

L Viz Felippe
335 W. Martial
Lafayette, LA   70508


Lafayette Utilities System
P O Box 4024
Lafayette, LA   70502


Light Tower Rentals
2330 East 1-20 S Service Road
Odessa, TX   79766


Louisiana Department of Revenue
POB 201
Baton Rouge, LA   70821


Luera's Welding Service, Inc.
P O Box 4108
Alice, TX   78333


lus FIBER
P O BOX 4030-c
Lafayette, LA   70502


LWCC
P.O. Box 61005
New Orleans, LA   70161-1005


M&G Oilfield Services, LLC
P.O. Box 52623
Lafayette, LA   70505


Mako Unlimited LLC
222 VIncent Road
Lafayette, LA   70508

Mallard Oilfield Rentals, LLC
P.O. Box 617
Broussard, LA   70518


Marcon, Inc.
P.O. Box 1257
Broussard, LA   70518


MCMAHAN Welding Service, Ltd.
269 US Hwy. 183
South Cuero, TX   77954


Melain Wiltz
114 Browniee Ave
Broussard, LA   70518


Mercury Rents, Inc.
P.O. Box 63066
Lafayette, LA   70596


Michael Ford
110 W Roosevelt Street
Broussard, LA   70518


My Vac, LLC
P.O. Box 729
Jennings, LA   70546


National Pump & Compressor
P.O. Box 21160
Beaumont, TX   77720


Neco Trucking, Inc.
P.O. Box 279
Maurice, LA   70555

Neff Rental
P O Box 405138
Atlanta, GA  30384


Office Depot
PO Box 689020
Des Moines, IA  50368


Offshore Cleaning Systems LLC
C/O Mike Hutchinson
9525 HWY 167
Abbeville, LA  70510


Oildex-TransZap, Inc.
P.O. Box 44428
Denver, CO  80201


Pamela Desadier
440 Byrd Lee Road
Castor, LA  71016


Power Up Rental LLC
P O Box 1246
Youngsville, LA  70592


Precisions Solids Control
322 Spring Hill Drive Ste. A700
Spring, TX  77386


Pumps & Controls, LLC
P.O. Box 891
Breaux Bridge, LA  70517


R&J Techincal Services
P.O. Box 1345
Evanston, WY  82931

Raptor Group, Inc.
20810 Sleepy Hollow Lane
Spring, TX  77388


Red River Parish Tax Agency
P.O. Box 570
Coushatta, LA  71019-0570


Rexel
P.O Box 844519
Dallas, TX  75284-4519


Rick Browning
5050 E. University, Suite One
Odessa, TX  79762


RPM Services & Rentals
110 Bourg Larose Hwy
Bourg, LA  70343


Sam Broussard Trucking Co.
P.O. Box 11507
New Iberia, LA  70562-1507


Scomi Oiltools, Inc.
6818 N Sam Houston Pkwy.
West Houston, TX  77064


Screen Logix, LLC
DEPT. 576
P.O. Box 4346
Houston, TX  77210-4346


Shannon Hardware
P O Box 631
Morgan City, LA  70381

Siemens Energy, Inc.
P.O. Box 1210057
Dallas, TX  75312-1057


Southern Specialties Transportation, LLC
Gulf Coast Bank & Trust
P.O. Box 203644
Houston, TX  77216-2300


Southern Technical Control
P.O. Box 18792
Corpus Christi, TX  78480


Stewart & Stevenson
P.O. Box 301063
Dallas, TX  75303-1063


StocksBerry's
P.O. Box 60304
Lafatyette, LA  70596


Td Auto Finance
P O Box 9001921
Louisville, KY  40290-1921


Triton Network Technology, INc.
103 Exchange Place, Ste. 205
Lafayette, LA  70503


Verizon Wireless
P O Box 660108
Dallas, TX  75266


Volvo CE Rents, INc.
P.O. Box 2656
West Monroe, LA  71294

```
Voorhies Supply Company Inc
P O Box 4040130
Atlanta, GA  30384


Washington Matters, LLC
P.O. Box 1014
McLean, VA  22101
```

# United States Bankruptcy Court
# Western District of Louisiana

**IN RE:**                                                    Case No. _____

**Kraemer-Shows Oilfield Services, LLC** _____    Chapter **11** _____
                                 Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                             the Social Security number of the officer,
_____     principal, responsible person, or partner of
_____     the bankruptcy petition preparer.)
**X** _____     (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Kraemer-Shows Oilfield Services, LLC** _____     **X** */s/ Eugene Kraemer*                **2/03/2014**
Printed Name(s) of Debtor(s)                                   Signature of Debtor                        Date

Case No. (if known) _____     **X** _____
                                                               Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only