**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

IN RE: KRAEMER-SHOWS OILFIELD　　　　　　　　CASE NO.: 14-50108
　　　　　SERVICES, LLC

**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 11**

*************************************************************************************

**SUPPLEMENTAL SCHEDULE**

1. Does any debtor have any affiliates as defined by 11 U.S.C. § 101(2)?

    Answer:_____NO_____

2. Has any affiliate ever filed for bankruptcy? If yes, list the affiliate(s) and the date and court for each bankruptcy petition and the chapter under which the petition was filed. If any affiliate files after this schedule is filed, debtor's counsel must amend this schedule and notice all creditors and the judge assigned to the case.

    Answer:　　___NO_____

3. Has any affiliate guaranteed any debt of debtor(s) or has the debtor guaranteed any debt of any affiliate? If yes, list the name of the affiliate, the amount of the guarantee, the date of the guarantee, the name of the guarantor, the name of the debtor, and whether any security interest was given by the debtor or the affiliate to secure the guarantee. Give this information for every guarantee outstanding at the time of the debtor's Chapter 11 petition, and every guarantee outstanding within (18) months before the petition was filed.

    Answer:　　NO

4. Has any affiliate extended credit, received credit, or otherwise established a debtor-creditor relationship with debtor(s)? If yes, list the name of the affiliate, the amount of the loan, the date the loan was made, the repayments made on the loan, and the type of security interest, if any, involved in the loan. Give this information for all loans that have been made and fully paid off within (18) months preceding this Chapter 11 filing and for all loans outstanding at the time of filing.

    Answer:　　___NO_____

5. Has any debtor in this case granted any security interest in any property to

secure any debts of any affiliate other than as provided in Questions 3 and 4: Has any affiliate granted any security interest in any property to secure any debts of any debtor other than as provided in Questions 3 & 4? If yes, list the affiliate, the debtor, the collateral, the date and nature of the security interest, the creditor to whom it was granted, and the current balance of the underlying debt.

Answer: ____NO_____

6. Has any affiliate engaged in any other transaction with any debtor in this case during the past (18) months? If yes, briefly describe the transaction(s).

Answer: _____NO_____

7. List the name and address of any affiliate who potentially is a "responsible party" for unpaid taxes of any debtor in this case. State the estimated amount of such taxes owed at the time of the Chapter 11 filing.

Answer: ___None_____

8. Identify any affiliates employed by the debtor and describe the function or role they perform. Identify any relative or partner or equity security holder employed by the debtor and describe the function or role performed and the amount of compensation received.

Answer: ____None_____

9. List all circumstances under which proposed counsel or proposed counsel's law firm has represented any affiliate during the past (18) months. List any position other than legal counsel which proposed counsel holds in either the debtor or affiliate including corporate officer, director, or employee. List any amount owed by the debtor or the affiliate to proposed counsel or counsel's law firm at the time of filing, and also amounts paid within (18) months before filing.

Answer: Counsel has not represented any affiliates.

/s/ William C. Vidrine_____
WILLIAM C. VIDRINE
Attorney for Debtor in Possession