TAYLOR PORTER
Attorneys at Law
Founded 1912

Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fed ID# 72-0402904

# INVOICE

April 7, 2014

Evergreen Working Capital, LLC
Attn: Louis Greenblatt
6120 Perkins Road, Suite 150
Baton Rouge, LA 70808

Our file# 3749/31630
Billing through 04/04/2014

Kraemer-Shows Oilfield Services, LLC

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/2014 | MAC | Call from Louis Greenblatt re: new case and problem with post-petition factoring; review draft factoring agreement and begin development of strategy | 1.30 hrs | $ 390.00 |
| 02/13/2014 | MAC | Communications with court and Vidrine's Offer re: emergency hearing dates and follow up with Louis Greenblatt | 0.30 hrs | $ 90.00 |
| 02/13/2014 | MAC | Begin work on motion to approve post-petition factoring arrangement | 2.40 hrs | $ 720.00 |
| 02/14/2014 | MAC | More work on motion for DIP financing (Kraemer) and conversations with Vidrine's office re: filing same and testimony needed; draft proposed order; multiple emails and calls with Louis Greenblatt re: hearing on 19th | 2.70 hrs | $ 810.00 |
| 02/18/2014 | MAC | Email exchange with Vidrine re: February 19 hearing, testimony, etc. | 0.20 hrs | $ 60.00 |
| 02/19/2014 | MAC | Prepare for hearing and travel to Lafayette for hearing; attend hearing; return to Baton Rouge | 3.80 hrs | $1,140.00 |
| 02/19/2014 | MAC | Emails to Gail McCulloch and revise proposed order | 0.30 hrs | $ 90.00 |
| 02/19/2014 | MAC | Email exchange with William Kaufman (Gulf Coast counsel) re: receivables | 0.20 hrs | $ 60.00 |
| 02/20/2014 | MAC | Email to Gail McCulloch re: form of order | 0.10 hrs | $ 30.00 |
| 02/21/2014 | MAC | Extensive work on agreed order on interim | 1.40 hrs | $ 420.00 |

670724.1

EXHIBIT 1

TAYLOR PORTER  
Attorneys at Law  
Founded 1912

Taylor, Porter, Brooks & Phillips, L.L.P.  
P. O. Box 2471  
Baton Rouge, LA 70821  
225-387-3221  
Fed ID# 72-0402904

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | financing, including multiple communications with United States Trustee lawyers, client and Vidrine | | |
| 02/24/2014 | MAC | Multiple emails with United States Trustee lawyer re: form of interim order and follow up with Louis re: ability to fund in light of ruling in open court | 0.30 hrs | $ 90.00 |
| 02/24/2014 | MAC | Work on final motion to approve factoring agreement, services issues and communications with Court and Vidrine | 1.50 hrs | $ 450.00 |
| 02/25/2014 | MAC | More coordination of filing and service of final motion and report to Louis re: same | 0.80 hrs | $ 240.00 |
| 02/25/2014 | MAC | Multiple emails with William Kaufman (Gulf Coast Bank) and Vidrine re: request for documents and Gulf Coast security interest and follow up with Louis re: same | 0.40 hrs | $ 120.00 |
| 02/25/2014 | MAC | Emails with Court and client re: signing of interim order and review subsequent entry of order and advise Louis of same | 0.20 hrs | $ 60.00 |
| 03/03/2014 | MAC | Receive and study Gulf Coast Bank loan/collateral documents and follow up emails with Louis and Vidrine re: same; email to Kaufman (GC B attorney) re: security interest and follow up re: document requests; follow up with Louis re: documents for 1st post-petition purchase | 1.40 hrs | $ 420.00 |
| 03/04/2014 | MAC | Email from Gulf Coast Bank attorney re: receivables purchased post-petition | 0.10 hrs | $ 30.00 |
| 03/06/2014 | MAC | Review Gulf Coast Bank proof of claim, particularly for security interest representations | 0.40 hrs | $ 120.00 |
| 03/07/2014 | MAC | Call from Jason Cerise re: objection to factoring agreement motion and follow up emails re: proposed final order; email exchange with Louis re: same | 0.20 hrs | $ 60.00 |
| 03/10/2014 | MAC | Email from Cerise re: objection to factoring | 0.20 hrs | $ 60.00 |

670724.1

TAYLOR PORTER
Attorneys at Law
Founded 1912

Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fed ID# 72-0402904

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | agreement motion and respond | | |
| 03/11/2014 | MAC | Review 2 separate objections to factoring motion filed by Kemtron and Gulf Coast Bank and emails with Vidrine re: same | 0.80 hrs | $ 240.00 |
| 03/12/2014 | MAC | Lengthy conversation with Louis Greenblatt (.50); multiple emails with W. Vidrine re: hearing testimony (.30); call with Vidrine (.20) | 1.00 hrs | $ 300.00 |
| 03/14/2014 | MAC | Detailed email from Jason Cerise with questions about factoring motion (13) and respond to each and email exchange with Vidrine re: same; emails with Louis re: list of questions | 0.70 hrs | $ 210.00 |
| 03/17/2014 | MAC | Email from Jason Cerise re: budget and factoring order | 0.20 hrs | $ 60.00 |
| 03/17/2014 | MAC | Emails with Louis and follow up call re: response to Cerise's questions; emails with Bill Vidrine re: hearing and testimony; prepare for hearing | 0.80 hrs | $ 240.00 |
| 03/18/2014 | MAC | Final preparation for evidentiary hearing, question outline for Louis, etc.; to Lafayette for hearings on factoring agreement and return to Baton Rouge | 4.90 hrs | $1,470.00 |
| 03/19/2014 | MAC | Work on revised Final Order extensively and multiple emails re: same with opposing counsel and client | 0.80 hrs | $ 240.00 |
| 03/20/2014 | MAC | Work on consent final order, including more redlines and emails with counsel re: language | 0.50 hrs | $ 150.00 |
| 03/21/2014 | MAC | Multiple back and forth emails with counsel re: edits/redlines of final order | 0.40 hrs | $ 120.00 |
| 03/24/2014 | MAC | More work on final order language, including multiple email exchanges with client and counsel and communicate with Judge's law clerk | 0.60 hrs | $ 180.00 |
| 03/27/2014 | MAC | Receive final order signed by Judge and forward to Louis | 0.20 hrs | $ 60.00 |

670724.1

**TAYLOR PORTER**
Attorneys at Law
Founded 1912

Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fed ID# 72-0402904

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/2014 | MAC | Address problem with order entered on factoring agreement and re-submit final version | 0.50 hrs | $ 150.00 |
| 04/04/2014 | MAC | Prepare application for administrative Expense | 1.00 hrs | $ 300.00 |

$9,180.00

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 02/25/2014 | Payment to QLS for Invoice # 119044 dated February 25, 2014 for Copies of Motion for Final Order Approving Post-Petition Factoring Agreement and Granting Security Interests and Super-Priority Administrative Expense Treatment with exhibits and Notice of Hearing in re: Kraemer-Shows Oilfield Services, L.L.C.; No. 14-50108; United States Bankruptcy Court, Western District of Louisiana (139 copies for mailout) | $ 339.38 |
| 02/25/2014 | Postage for mailout – 139 envelopes @ $.90 ea | $ 125.10 |

$ 464.48

**BILLING SUMMARY**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Crawford, Michael A. | 30.50 hrs | $300.00/hr | $9,180.00 |
| TOTAL FEES | 30.50 hrs | | $9,180.00 |

TOTAL PROFESSIONAL SERVICES     $9,180.00
TOTAL EXPENSES                  $  464.48

TOTAL CHARGES FOR THIS INVOICE  $9,644.48

**TOTAL BALANCE NOW DUE**       $9,644.48

670724.1